748 A.2d 106

IN THE MATTER OF DON X. BANCROFT,
AN ATTORNEY AT LAW.

April 6, 2000.

## ORDER

The Disciplinary Review Board on June 29, 1999, having filed with the Court its decision concluding that **DON X. BANCROFT** of **POMPTON LAKES**, who was admitted to the bar of this State in 1968, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate), *RPC* 1.5(b) (failure to reduce basis of fee to writing), *RPC* 1.15(a) (failure to safeguard escrow funds), *RPC* 1.15(d) (failure to maintain adequate billing records in accordance with the requirements of Rule 1:21–6), *RPC* 1.16 (improper termination of representation) and *RPC* 3.2 (failure to expedite litigation);

And the Disciplinary Review Board having concluded that prior to reinstatement to practice, respondent should submit proof of his fitness to practice, as attested to by a psychiatrist approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **DON X. BANCROFT** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 1, 2000; and it is further

ORDERED that prior to reinstatement to practice respondent shall submit proof of his fitness to practice as attested to by a psychiatrist approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.